**Opinion issued July 23, 2019**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-19-00415-CV

———————————

**BY THE SEA COUNCIL OF CO-OWNERS, INC., Appellant**

**V.**

**TEXAS WINDSTORM INSURANCE ASSOCIATION, Appellee**

---

**On Appeal from the 10th District Court**
**Galveston County, Texas**
**Trial Court Case No. 18-CV-0529**

---

## MEMORANDUM OPINION

Appellant filed an unopposed petition for permissive appeal, seeking to challenge the trial court's grant of appellee's plea to the jurisdiction. *See* TEX. CIV. PRAC. & REM. CODE § 51.014(d), (f); TEX. R. APP. P. 28.3. To be entitled to a permissive appeal from an interlocutory order not otherwise appealable, the

petitioner must establish that (1) the order appealed involves "a controlling question of law as to which there is a substantial ground for difference of opinion," and (2) immediate appeal from the order "may materially advance the ultimate termination of the litigation." TEX. CIV. PRAC. & REM. CODE § 51.014(d); TEX. R. APP. P. 28.3(e)(4).

Because we conclude that the petition fails to establish both requirements, we deny the petition for permissive appeal. *See* TEX. R. APP. P. 28.3(e)(4). We deny all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Hightower.